■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM BABCOCK, Appellant. [600 NYS2d 657] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment

of Cayuga County Court, Corning, J.—Burglary, 2nd Degree.) Present—Denman, P. J., Pine, Balio, Doerr and Davis, JJ.